1  BENEDICT O'MAHONEY (SBN: 152447)
   **TERRA LAW LLP**
2  177 Park Avenue, Third Floor
   San Jose, California 95113
3  Telephone: (408) 299-1200
   Facsimile: (408) 998-4895
4  Email: bomahoney@terralaw.com

5  JONATHAN T. SUDER
   CORBY R. VOWELL
6  TODD I. BLUMENFELD
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas 76102
   Telephone: (817) 334-0400
9  Facsimile: (817) 334-0401
   Email: jts@fsclaw.com
10 Email: vowell@fsclaw.com
   Email: blumenfeld@fsclaw.com
11
   *Counsel for Plaintiff*
12 *SOFTVAULT SYSTEMS, INC.*

13 EDWARD R. REINES (SBN: 135960)
14 edward.reines@weil.com
   WEIL, GOTSHAL & MANGES LLP
15 201 Redwood Shores Parkway
   Redwood Shores, CA 94065-1134
16 Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
17
18 Attorneys for Defendant and Counter Claim- Plaintiff
   CISCO SYSTEMS, INC.
19

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                  SAN FRANCISCO DIVISION

23 

| SOFTVAULT SYSTEMS, INC., | Case No. 3:13-cv-03087-LHK |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING UNOPPOSED MOTION OF EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| CISCO SYSTEMS, INC. | |
| Defendant. | |

1  Recognizing the Notice of Settlement and Unopposed Motion for Extension of Time for
2  Case Management Conference filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff"), it is
3  ORDERED that the Case Management Conference set for October 16, 2013 is continued
4  to November ~~13,~~ 27 2013.  The parties have until ~~this date~~ November 13, 2013 to file the Stipulation of Dismissal.

5
6  Signed this 10 day of October , 2013
7
   *Lucy H. Koh*
8  HONORABLE LUCY H. KOH
   UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28