BENEDICT O'MAHONEY (SBN: 152447)
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER
CORBY R. VOWELL
TODD I. BLUMENFELD
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

EDWARD R. REINES (SBN: 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant and Counter Claim- Plaintiff
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | Case No. 3:13-cv-03087-LHK <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE** |

1  Recognizing the Notice of Settlement and Unopposed Motion for Extension of Time for
2  Case Management Conference filed by Plaintiff SoftVault Systems, Inc. ("Plaintiff"), it is
3  ORDERED that the Case Management Conference set for October 16, 2013 is continued
4  to November ~~13,~~ 2013. The parties have until ~~this date~~ to file the Stipulation of Dismissal.

27 (strikethrough above "13")
November 13, 2013

5
6  Signed this 10 day of October , 2013
7
8  _Lucy H. Koh_
   HONORABLE LUCY H. KOH
   UNITED STATES DISTRICT JUDGE